**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SAURAV BANERJEE, et al.,

                Plaintiffs,

   -against-                                       21 **CIVIL** 9634 (JPO)

                                                        **<ins>JUDGMENT</ins>**

ZHANGMEN EDUCATION INC., et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 30, 2023, Defendant Zhangmen Education, Inc.'s motion to dismiss is GRANTED. As this motion dismisses the predicate claims of liability under Section 11 applicable to all other Defendants, the Court has also dismissed (1) all other claims against Officer Defendants Yi Zhang, Ricky Kwok Yin Ng, and Teng Yu; (2) all other claims against Signatory Defendants Cogency Global, Inc. and Collen A. De Vries; and (3) all claims against the Underwriter Defendants Morgan Stanley & Company LLC and Credit Suisse Securities (USA) LLC.  The claims against all Defendants are DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      March 30, 2023

                                                               **RUBY J. KRAJICK**

                                                             _____
                                                                 **Clerk of Court**

                          **BY:**     *K. Mango*

                                                              _____
                                                                 **Deputy Clerk**